IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anita Inlow, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:07-cv-1310 |
| Michael J. Astrue, | : | JUDGE MARBLEY |
| Commissioner of Social Security, | | MAGISTRATE JUDGE KEMP |
| | : | |
| Defendant. | | |

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 2, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Plaintiff's statement of errors is overruled. The Clerk shall enter judgment in favor of the defendant Commissioner.

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge