# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

```
Anita Inlow,                        :

        Plaintiff,                  :

   v.                               :        Case No. 2:07-cv-1310

Michael J. Astrue,                  :        JUDGE MARBLEY
Commissioner of Social Security,             MAGISTRATE JUDGE KEMP
                                    :
        Defendant.
```

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the February 26, 2009 Order, the Report and Recommendation is ADOPTED. Plaintiff's statement of errors is overruled. Judgment entered in favor of the defendant Commissioner.

Date:  **February 26, 2009**              **James Bonini, Clerk**


                                   s/Betty L. Clark
                                   Betty L. Clark/Deputy Clerk